UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 7A

| | |
|---|---|
| SIERRA PACIFIC INDUSTRIES<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES<br><br>                    Defendant. | Court No.   23-00207 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 11/1/2023

/s/ David J. Ross
_____
Attorney for Plaintiff

2100 Pennsylvania Avenue, NW
_____
Street Address

Washington, DC 20037
_____
City, State and Zip Code

(202) 663-6515
_____
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk